IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

DERIC RUSSELL,

Defendant.

**Case No.:** CR 26–414 JD (TSH)

**ORDER RE: RELEASE**

GOOD CAUSE SHOWN, and for the reasons stated in open court, Defendant Deric Russell, shall be released from U.S. Marshal's custody by 8:00 a.m. on Thursday, September 3, 2026, on the terms and conditions of pretrial release announced in open court, including residential treatment at New Bridge.

IT IS SO ORDERED.

September 2, 2026
Dated

THOMAS S. HIXSON
United States Magistrate Judge