JODI LINKER
Federal Public Defender
Northern District of California
ANA BOTELLO
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: ana_botello@fd.org

Counsel for Defendant russell

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DERIC RUSSELL,<br>Defendant. | **Case No.:** CR 26-414 JD<br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

Defendant, Mr. Deric Russell, who is out of custody, is scheduled to appear for a Status Conference on September 14, 2026. Mr. Russell was recently released to attend in-patient substance abuse treatment at Newbridge—a program that lasts for 90 days and prefers individuals not miss any sessions in their initial 30 days. As undersigned counsel still needs time to review the discovery provided by the government, the defendant seeks a continuance of the status conference to provide effective assistance of counsel and also allow for Mr. Russell's treatment.

In reviewing the Court's available calendar, all parties are available on December 7, 2026 at 11:00 a.m. for the status conference.

It is further stipulated that time be excluded under the Speedy Trial Act from September 14, 2026 through December 7, 2026.

The government and counsel for the defendant agree that time be excluded under the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing discovery already produced, and so that parties can continue to work on a negotiated disposition. For these reasons and others, the parties stipulate and agree that excluding time until October 26, 2026 will allow for the effective preparation of counsel. See 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from September 14, 2026 through December 7, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial and a preliminary hearing. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

Dated: September 9, 2026

/S
BENJAMIN FARKAS
Assistant United States Attorney

/S
ANA BOTELLO
Assistant Federal Public Defender

IT IS SO ORDERED.

9/11/2026
Dated

JAMES DONATO
United States District Judge